UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID C. JONES, </br>    Plaintiff, </br></br> vs. </br></br></br> CARMAX AUTO SUPERSTORES, INC. </br>    Defendant. | ) </br> ) </br> ) </br> ) CASE NO. : 1:20-cv-3008-JMS-DLP </br> ) </br> ) </br> ) </br> ) |

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. The Court having reviewed the stipulation, hereby dismisses this action with prejudice, each party to bear their own costs and fees [14].

**SO ORDERED:**

Date: 5/12/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All registers users of the Court's
electronic filing system.